LEBERT v. PACIFIC MAIL S. S. CO.

(Circuit Court of Appeals, Fifth Circuit. March 21, 1918.)

No. 3106.

DEATH ☞31(3)—ACTIONS—RIGHT OF PERSONAL REPRESENTATIVE.
    Where no provision of law of the Canal Zone gave a right of action to the personal representatives of a deceased person, the personal representative can maintain no action for wrongful death.

In Error to the District Court of the United States for the Canal Zone; Wm. H. Jackson, Judge.

Action by Ursulina Lebert against the Pacific Mail Steamship Company. There was a judgment for defendant, the action being dismissed, and plaintiff brings error. Affirmed.

Valentine E. Bruno, of Ancon, C. Z., and Donelson Caffery, Lamar C. Quintero, and J. M. Quintero, all of New Orleans, La., for plaintiff in error.

Stevens Ganson and Theodore C. Hinckley, both of Panama, R. P., for defendant in error.

Before PARDEE, WALKER, and BATTS, Circuit Judges.

WALKER, Circuit Judge. This writ of error presents for review a judgment dismissing a suit brought by the administratrix of the estate of Daniel Lebert, deceased, to recover damages for his death, alleged to have been caused in the Canal Zone by negligence attributable to the defendant in error. It is not necessary to decide whether the provisions of the Canal Zone law relied on in behalf of the plaintiff in error do or do not give a civil right of action for wrongfully causing the death of a human being. No provision of that law of which we are advised indicates that such a right of action is given to the personal representative of the deceased person.

The judgment is affirmed.